IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EARL GLOVER,

        Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

        Defendant.

Case No. 3:14-cv-00099-MA

ORDER OF DISMISSAL

MARSH, Judge

On August 15, 2014, plaintiff filed an unopposed Motion To Dismiss his Complaint (#13), indicating that he no longer wishes to proceed with his claim for Social Security benefits. Accordingly, pursuant to Fed.R.Civ.Pro. 41(a)(2), plaintiff's Motion to Dismiss his Complaint is GRANTED, and this action is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 18 day of AUGUST, 2014.

                                      /s/ Malcolm F. Marsh
                                      Malcolm F. Marsh
                                      United States District Judge

1 - ORDER OF DISMISSAL